UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW HAMPSHIRE INSURANCE CO., <br><br> Defendants. | No. 2:20-cv-1221-RSM <br><br> REVISED STIPULATED MOTION AND ORDER FOR LIMITED MODIFICATION OF SCHEDULING ORDER RE DISCLOSURE OF EXPERT TESTIMONY TO OCTOBER 29 2021 <br><br> Noting Date: October 22, 2021 |

The parties are pursuing discovery in this insurance company suit. Based on the current deposition settings, the parties' agreement, and the parties' good-faith and collaborative discovery efforts to date, the parties jointly request that the Court FIND good cause under Fed. R. Civ. P. 16(b)(4) and MODIFY the scheduling order in one respect, as follows: As to the disclosure of expert testimony under FRCP 26(a)(2) the parties respectfully request an extension, to October 29, 2021 (revised from the prior request of October 22, 2021).

The parties make the above request with the expectation and agreement that this extension will not affect other case schedule deadlines, including particularly the discovery completion deadline and the deadline for filing dispositive motions.  (In so stating, the

REVISED STIPULATED MOTION AND ORDER FOR LIMITED
MODIFICATION OF SCHEDULING ORDER (TO OCTOBER 29,
2021) - 1 of 2 (2:20-cv-1221-RSM)
[GLY C20-1221 stip order modify schedo]

parties also wish to inform the Court that, for separate reasons, they recently have discussed a potential need to request a continuance of the trial date itself and certain related deadlines, and will separately inform the Court if they determine to make such a request.)

| Dated this 22nd day of October, 2021.<br><br>GROFF MURPHY<br><br>By:  /s/ Michael P. Grace<br>Michael P. Grace, WSBA No. 26091<br>300 East Pine Street<br>Seattle, Washington 98122<br>mgrace@groffmurphy.com<br>*Attorneys for Plaintiff GLY Construction, Inc.* | Dated this 22nd day of October, 2021.<br><br>GORDON THOMAS HONEYWELL LLP<br><br>By:  /s/ Michael E. Ricketts<br>Michael E. Ricketts, WSBA No. 9387<br>E-mail: mricketts@gth-law.com<br>Ian Leifer, WSBA No. 56670<br>Email: ileifer@gth-law.com<br>520 Pike Street, Suite 2350<br>Seattle, WA  98101<br>*Attorneys for Defendant New Hampshire Insurance Company* |
|---|---|

SO ORDERED.

DATED this 26th day of October, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE