HON. RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GLY CONSTRUCTION, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>NEW HAMPSHIRE INSURANCE CO.,<br><br>        Defendant. | No. 2:20-cv-1221RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTING DATE: December 12, 2022 |

## I.     STIPULATED MOTION

Pursuant to Fed. R. Civ. P. 41(a), LCR 10(g), and LCR 7(d)(1), Plaintiff GLY Construction, Inc. ("GLY") and Defendant New Hampshire Insurance Co. ("NHIC"), by and through their respective attorneys of record, bring forth this Stipulated Motion and Order of Dismissal with Prejudice, and respectfully request the Court enter an order dismissing all claims against Defendant NHIC with prejudice and all counterclaims against Plaintiff GLY with prejudice from the above-entitled action without an award of fees or costs to either party.

SO STIPULATED this 12th day of December, 2022.

| | |
|---|---|
| GROFF MURPHY, PLLC<br><br>*s/ Michael P. Grace*<br>Michael P. Grace, WSBA No. 26091<br>Trevor Lane, WSBA No. 55739<br>300 East Pine Street<br>Seattle, WA 98122<br>T: 206-628-9500<br>E: mgrace@groffmurphy.com<br>   tlane@groffmurphy.com<br><br>*Attorneys for Plaintiff GLY Construction, Inc.* | GORDON THOMAS HONEYWELL LLP<br><br>*s/ Michael E. Ricketts*<br>Michael E. Ricketts, WSBA No. 9387<br>520 Pike St., Suite 2350<br>Seattle, Washington 98101<br>T: 206-676-7599<br>E: MRicketts@gth-law.com<br><br>*Attorneys for Defendant NHIC* |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – Page 1

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10896 021 fm12dt01rn

## II. ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby ORDERED that any and all claims between Plaintiff GLY Construction, Inc. and Defendant New Hampshire Insurance Co. that are the subject of the above-entitled action are dismissed with prejudice and without an award of attorneys' fees or costs to either party.

DATED this 13th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

GROFF MURPHY, PLLC

s/ Michael P. Grace
Michael P. Grace, WSBA No. 26091
Trevor Lane, WSBA No. 55739
300 East Pine Street
Seattle, WA 98122
T: 206-628-9500
E: mgrace@groffmurphy.com
   tlane@groffmurphy.com

*Attorneys for Plaintiff GLY Construction, Inc.*

GORDON THOMAS HONEYWELL LLP

s/ Michael E. Ricketts
Michael E. Ricketts, WSBA No. 9387
520 Pike St., Suite 2350
Seattle, Washington 98101
T: 206-676-7599

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – Page 2

GROFF MURPHY PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10896 021 fm12dt01rn

E: MRicketts@gth-law.com

*Attorneys for Defendant NHIC*

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – Page 3

GROFF MURPHY PLLC
300 East Pine
Seattle, Washington 98122
(206) 628-9500
Facsimile: (206) 628-9506

10896 021 fm12dt01rn